**UNITED STATES of America, Appellee,**

v.

**Minor MOODY, Appellant.**

**No. 01–3478.**

United States Court of Appeals, Eighth Circuit.

Submitted March 28, 2002.

Decided April 4, 2002.

**PER CURIAM.**

Minor Moody appeals from the district court's [1] commitment order following pro-

---

1. The HONORABLE GARY A. FENNER, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the HONORABLE

ceedings under 18 U.S.C. § 4246. Having carefully reviewed the record, and having considered the unanimous expert opinion, we reject Moody's contention that the district court clearly erred in finding he suffered from a mental disease or defect such that his unconditional release would create a substantial risk of danger. *See United States v. S.A.,* 129 F.3d 995, 1000 (8th Cir.1997) (standard of review), *cert. denied,* 523 U.S. 1011, 118 S.Ct. 1200, 140 L.Ed.2d 329 (1998). Accordingly, we affirm the judgment of the district court committing Moody to the custody of the Attorney General pending the location of a suitable facility to oversee his conditional release. We grant counsel's motion to withdraw, over Moody's resistance.

A true copy.

---

JAMES C. ENGLAND, United States Magistrate Judge for the Western District of Missouri.